THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNY WATSON, Appellant. [785 NYS2d 497]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered November 21, 2002, convicting him of murder in the second degree and robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to support his conviction is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray*, 86 NY2d 10 [1995]; *People v Williams*, 187 AD2d 547 [1992]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. The sole witness, who knew the defendant from their neighborhood, testified that the defendant, brandishing a gun, shot the victim in the course of a dice game and subsequently stole cash from the gaming table and the victim's wallet. The testimony of a single witness is legally sufficient to support a conviction (*see People v Calabria*, 3 NY3d 80 [2004]; *People v Williams, supra* at 548). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]; *People v Pagan*, 291 AD2d 509, 510 [2002]). Smith, J.P., Crane, Mastro and Skelos, JJ., concur.